# United States District Court

__MIDDLE__ DISTRICT OF __ALABAMA__

| UNITED STATES OF AMERICA | CRIMINAL COMPLAINT |
|---|---|
| v. | |
| COURTNEY LARRELL LOCKHART* <br> ~~FNU-LNU~~ | CASE NUMBER: 3:08mj17-WC |

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __March 4, 2008__, in __Lee__ county and elsewhere within the __Middle__ District of __Alabama__ defendant(s) did, (Track Statutory Language of Offense)

travel in interstate commerce to avoid prosecution,

in violation of Title __18__ United States Code, Section(s) __1073__, I further state that I am a(n)

__Deputy United States Marshal__ and that this complaint is based on the following facts:
Official Title

SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

March 6, 2008                                              at   Montgomery, Alabama
Date                                                            City and State

Wallace Capel, Jr., U.S. Magistrate Judge                  _____
Name and Title of Judicial Officer                         Signature of Judicial Officer

*CORRECTED PER ORDER of 4/7/08

## AFFIDAVIT

I, Scott Recchio, being duly sworn state the following is true and correct to the best of my knowledge and belief. I have been a criminal investigator with the United States Marshals Service for 12years. I am currently assigned to the Gulf Coast Regional Fugitive Task Force. As part of my regular duties I locate and arrest fugitives wanted for violating laws of the United States and State of Alabama laws.

On Tuesday, March 4th, 2008, the USMS GCRFTF received a request from the Auburn Police Department for assistance in identifying, locating and arresting an unknown suspect. This suspect is responsible for the death of Lauren Burk. Burk was an 18 year old student at Auburn University. Approximately 9 PM, March 4, 2008, Burk was found walking along County Road 147, Lee County, Alabama. She was naked and had been shot. Burk was transported to the East Alabama Medical Center, where she was pronounced dead.

Approximately 9:20 PM, Burk's vehicle, a 2001 Honda Accord, was found burning in a parking lot near the campus. Burk's personal possessions, to include her purse, were located in the vehicle.

On March 6, 2008, the USMS Financial Surveillance Unit, FSU, determined Burk had a Wachovia Debit Card #4828-6607-1755-4011 which was used in Auburn, Alabama shortly after the murder on 3/4/2008. The credit card was also used in Georgia several times since. The following is a list of dates, times and locations of its use:

Kroger #491
3871 Peachtree Road
Atlanta, GA
Transaction was for $9.87 and appears to have gone through
This transaction was done at 10:00:02 AM, March 5, 2008

Summit #03 (Gas Station)
1506 Lafayette Parkway
Lagrange, GA
5:21:40 PM
$1.00 Authorization for Gas

Roy Allen Demooney (Citgo or BP gas)
2200 Monroe Drive NE
Atlanta, GA
10:27:58 AM
$1.00 Authorization for Gas

ATM Express
Atlanta, GA
1:35:20 PM
Not approved

Location trying to be determined

Based on the aforementioned information it is believed that the unknown suspect has fled Auburn, Alabama and has traveled to Georgia to avoid identification and prosecution.

_____
Deputy U.S. Marshal

Sworn before me this 6th day March, 2008

_____
U.S. Magistrate Judge