IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 3:08-mj-17-WC |
| | ) | |
| FNU LNU | ) | |

### MOTION FOR LEAVE TO AMEND COMPLAINT

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and requests that the Court grant its' Motion For Leave to Amend Complaint, and as grounds states as follows:

A criminal complaint was filed in this court on March 6, 2008, in the above styled case. The name of the defendant was unknown at the time the complaint was filed. Subsequently, the Defendant was arrested on March 7, 2008, and identified as Courtney Larrell Lockhart.

The government respectfully requests that the Court permit the amendment of the Complaint to reflect the name of the Defendant as Courtney Larrell Lockhart.

Based on the above, the Government requests that the Court grant leave to amend the Complaint to reflect the proper name of the Defenant as "COURTNEY LARRELL LOCKHART".

Respectfully submitted this the 3rd day of April, 2008.

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/ Verne H. Speirs
VERNE H. SPEIRS
Assistant United States Attorney
131 Clayton Street
Montgomery, Alabama 36104
334.223.7280
334.223.7135  fax

**MOTION GRANTED**

THIS 7th DAY OF April, 2008

UNITED STATES MAGISTRATE JUDGE