IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

RECEIVED

2008 APR -8  A II: 28

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO.  3:08-mj-17-WC |
| | ) | |
| COURTNEY LARRELL LOCKHART | ) | |

## MOTION FOR LEAVE TO DISMISS COMPLAINT

Comes now the United States of America, by and through its Attorney for the Middle District

of Alabama, and moves the Court for leave to dismiss the Complaint heretofore filed on or about

March 6, 2008, in the above-styled cause as to Courtney Larrell Lockhart, on the following grounds,

to-wit:

Defendant has been arrested.

Respectfully submitted this the 8th day of April, 2008.

Respectfully submitted,

LEURA G. CANARY
UNITED STATES ATTORNEY

Verne H. Speirs
Assistant United States Attorney
131 Clayton Street
Montgomery, Alabama 36104
Phone: (334) 223-7280
FAX: (334) 223-7135